IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV405

| | |
|---|---|
| NEW PRODUCTS MARKETING CORP. d/b/a STRINGLINER CO., ) ) ) Plaintiff, ) v. ) ) LOWE'S HOME CENTERS, INC. ) Defendant. ) ) | **ORDER GRANTING ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of plaintiff New Products Marketng Corp. d/b/a Stringliner Company to allow **Michael S. Neustel** to appear *Pro Hac Vice*, dated October 31, 2006 [doc. #4].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Neustel has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: November 2, 2006

Graham C. Mullen
United States District Judge