IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 405**

| | |
|---|---|
| NEW PRODUCTS MARKETING CORP., d/b/a STRINGLINER COMPANY, ) ) ) Plaintiff, ) ) v. ) ) LOWE'S HOME CENTERS, INC., ) ) Defendant. ) ) | **ORDER** |

THIS MATTER is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. The parties are directed to appear for this conference on **Tuesday, January 30, 2007 at 10:45 a.m.**

IT IS SO ORDERED.

Signed: January 8, 2007

Graham C. Mullen
United States District Judge