IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV405**

| | |
|---|---|
| NEW PRODUCTS MARKETING CORP. d/b/a STRINGLINER COMPANY, ) ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | **ORDER GRANTING** **ADMISSION PRO HAC VICE** |
| LOWE'S HOME CENTERS, INC., ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court upon the motion of Defendant Lowe's Home Centers, Inc. to allow **Judson Graves** to appear *Pro Hac Vice*, dated April 10, 2007 [doc. # 15].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Graves has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: April 11, 2007

Graham C. Mullen
United States District Judge