IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:06-CV-00405

| | |
|---|---|
| NEW PRODUCTS MARKETING CORP., d/b/a STRINGLINER COMPANRY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LOWE'S HOME CENTERS, INC., )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for admission *pro hac vice* of Jason L. Gilbert, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion is **ALLOWED**, and Jason L. Gilbert, is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: October 10, 2007

Martin Reidinger
United States District Judge